Prompt Med. Group, Inc. v Foremost Signature Ins. Co. (2025 NY Slip Op 51979(U))

[*1]

Prompt Med. Group, Inc. v Foremost Signature Ins. Co.

2025 NY Slip Op 51979(U)

Decided on December 5, 2025

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 5, 2025
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : WAVNY TOUSSAINT, P.J., MARINA CORA MUNDY, JOANNE D. QUIÑONES, JJ

2024-1133 RI C

Prompt Medical Group, Inc., as Assignee of Philippe F. Polidor, Appellant,
against
Foremost Signature Insurance Company, Respondent. 

Kopelevich & Feldsherova, P.C. (Galina Feldsherova of counsel), for appellant.
Law Offices of Rothenberg & Romanek, for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Richmond County (Mary A. Kavanagh, J.), entered October 22, 2024. The order, insofar as appealed from as limited by the brief, granted the branch of defendant's motion seeking summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and the branch of defendant's motion seeking summary judgment dismissing the complaint is denied.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals, as limited by the brief, from so much of an order of the Civil Court (Mary A. Kavanagh, J.) entered October 22, 2024 as granted the branch of defendant's motion seeking summary judgment dismissing the complaint on the ground that there was no insurance coverage for the vehicle allegedly involved in a November 4, 2022 accident, as the insurance policy had been cancelled on October 24, 2022.
For the reasons stated in Prompt Med. Group, Inc., as Assignee of Philippe F. Polidor v Foremost Signature Ins. Co. (— Misc 3d —, 2025 NY Slip Op — [appeal No. 2024-1129 RI C], decided herewith), the order, insofar as appealed from, is reversed and the branch of defendant's motion seeking summary judgment dismissing the complaint is denied.
TOUSSAINT, P.J., MUNDY and QUIÑONES, JJ., concur.
ENTER:
Jennifer Chan
Acting Chief Clerk
Decision Date: December 5, 2025